IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                           Case No. 3:10cv42/MCR/EMT

RAPHAEL I. ASHANTI,
    Defendant.

_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 29, 2010 (Doc. 15). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Plaintiff's motion for summary judgment (Doc. 9) is **GRANTED**.

    3.     Judgment shall be entered in Plaintiff's favor in the amount of $35,205.97 (principal in the amount of $17,016.42 and interest in the amount of $18,189.55), as of June 22, 2010.

**DONE AND ORDERED** this 3rd day of January, 2011.

                              *M. Casey Rodgers*
                              **M. CASEY RODGERS**
                              **UNITED STATES DISTRICT JUDGE**